34 So.3d 251 (2010)
Richard Che Chang ZANG, Appellant,
v.
DEPARTMENT OF HEALTH, Appellee.
No. 4D09-303.
District Court of Appeal of Florida, Fourth District.
May 19, 2010.
June Zhou of Law Offices of June Zhou, P.L.L.C., Boca Raton, for appellant.
Brittany Adams Long, Assistant General Counsel, Tallahassee, for appellee.
PER CURIAM.
Affirmed. See Kwastel v. Fla. Dep't of Bus. & Prof'l Regulation, 736 So.2d 762 (Fla. 5th DCA 1999).
FARMER, HAZOURI and MAY, JJ., concur.